elsewhere, calling attention to any urgency in seeking the substitution of another attorney in respondent's place;

2. Regardless of any fees or expenses due respondent, deliver to all clients being represented in pending matters any papers or other property pertaining to the client, or notify the clients or co-counsel, if any, of a suitable time and place where the papers or other property may be obtained, calling attention to any urgency for obtaining such papers or other property;

3. Refund any part of any fees or expenses paid in advance that are unearned or not paid, and account for any trust money or property in respondent's possession or control;

4. Notify opposing counsel in pending litigation or, in the absence of counsel, the adverse parties of respondent's disqualification to act as an attorney after the effective date of this order, and file a notice of disqualification of respondent with the court or agency before which the litigation is pending for inclusion in the respective file or files;

5. Send all such notices required by this order by certified mail with a return address where communications may thereafter be directed to respondent;

6. File with the Clerk of this court and the Disciplinary Counsel of the Supreme Court an affidavit showing compliance with this order, showing proof of service of notices required herein, and setting forth the address where the affiant may receive communications; and

7. Retain and maintain a record of the various steps taken by respondent pursuant to this order.

IT IS FURTHER ORDERED that respondent shall keep the Clerk and the Disciplinary Counsel advised of any change of address where respondent may receive communications.

IT IS FURTHER ORDERED, sua sponte, that all documents filed with this court in this case shall meet the filing requirements set forth in the Rules of Practice of the Supreme Court of Ohio, including requirements as to form, number, and timeliness of filings.

IT IS FURTHER ORDERED, sua sponte, that service shall be deemed made on respondent by sending this order, and all other orders in this case, by certified mail to the most recent address respondent has given to the Attorney Registration Section.

IT IS FURTHER ORDERED that the Clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(8)(D)(1), that publication be made as provided for in Gov.Bar R. V(8)(D)(2), and that respondent bear the costs of publication.

## MISCELLANEOUS ORDERS

**2005–0422.   Columbus Bar Assn. v. Am. Family Prepaid Legal Corp.**
On March 3, 2005, relator, Columbus Bar Association, filed a motion for interim cease and desist order and a motion to enforce settlement agreement with hearing requested. On March 14, 2005, respondents, American Family Prepaid Legal Corporation, et al., filed memos opposing the motions. Upon consideration thereof,

IT IS ORDERED that the motion for interim cease and desist order be, and hereby is, granted.

IT IS FURTHER ORDERED, pursuant to Gov.Bar R. VII(5a)(B), that respondents are to immediately cease and desist engaging in the unauthorized practice of law.

IT IS FURTHER ORDERED that the Board on the Unauthorized Practice of Law is directed to hold a hearing to consider whether the March 2003 settlement agreement has been violated and to file a report with the court.

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2005–0546. State ex rel. Cincinnati, Inc. v. Lowe.**
Franklin App. No. 04AP–241, 2005-Ohio-516.

**2005–0552. State ex rel. Phillips Cos. v. Indus. Comm.**
Franklin App. No. 04AP–222, 2005-Ohio-588.

**2005–0561. State ex rel. Borden Chemical, Inc. v. Mourn.**
Franklin App. No. 03AP–1213, 2005-Ohio-1121.

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0230. State ex rel. Pence v. Indus. Comm.**
Franklin App. No. 04AP–124, 2004-Ohio-7052.

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 13, 2005*

[Cite as *04/13/2005 Case Announcements,* 2005-Ohio-1666.]

## MERIT DECISIONS WITHOUT OPINIONS

**2004–1740. State ex rel. White v. Petro.**
In Mandamus and Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0144. State ex rel. Norris v. Shoemaker.**
In Procedendo. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0188. State ex rel. Hines v. Court of Appeals, Eighth Appellate Dist.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0225. Penko v. Lake Cty.**
In Quo Warranto. On motions to dismiss and motion for leave to amend complaint. Motions to dismiss sustained. Motion for leave to amend complaint denied as moot. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0246. State ex rel. Dale v. Stucki.**
In Mandamus and Procedendo. On motion to dismiss and motion for judgment on complaint. Motion to dismiss sustained. Motion for judgment on complaint denied. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0278. Black v. Wilkins.**
Board of Tax Appeals, No. 2004–G–400. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.
PFEIFER, J., dissents.

**2005–0318. State ex rel. Culgan v. Collier.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.
MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.